ANTHONY J. VISCONTI, PLAINTIFF, v. M. E. M. MACHINERY CORP., DEFENDANT, ALLAN L. TUMARKIN, PETITIONER, JOHN A. MASIELLO, RECEIVER, ETC., RESPONDENT.

See same case below: 7 *N. J. Super.* 271.

*Mr. Allan L. Tumarkin, pro se.*

*Mr. Ervan F. Kushner* for the respondent.

September 11, 1950.  Denied.

ERNEST HOLSCHER, TRADING, ETC., ET AL., PLAINTIFFS-PETITIONERS, v. BOARD OF COMMISSIONERS OF THE CITY OF CAMDEN, DEFENDANT-RESPONDENT.

See same case below: 7 *N. J. Super.* 243.

*Mr. Meyer L. Sakin* for the petitioners.

*Mr. John J. Crean* and *Mr. Norman Heine* for the respondent.

September 11, 1950.  Denied.